IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sandra K. Tabor, | : | |
| Plaintiff, | : | Civil Action 2:06-cv-690 |
| v. | : | Judge Sargus |
| Amerisource Health Services Corp., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

Plaintiff Sandra K. Tabor brings this action alleging that defendants wrongfully terminated her in violation of her rights under O.R.C. Chapter 4112, Ohio's Workers Compensation Act, O.R.C. §4123.90, and the common law of the State of Ohio. This matter is before the Court on Magistrate Judge Abel's October 3, 2006 Report and Recommendation that Plaintiff's motion for remand (doc. 13) be granted. No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and GRANTS Plaintiff's August 16, 2006 motion for remand. (Doc. 7.) Plaintiff has amended her complaint to add an Ohio corporation as a defendant; therefore, there is no diversity of citizenship in this case. As such, this Court lacks the subject matter jurisdiction necessary to hear it.

10-23-2006

United States District Judge